ACCEPTED
03-14-00593-CV
3687076
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 4:29:51 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00593-CV

**In the Third Court of Appeals**

**Austin, Texas**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 4:29:51 PM
JEFFREY D. KYLE
Clerk

## COMED MEDICAL SYSTEMS, CO., LTD. d/b/a GEMSS MEDICAL and GEMSS NORTH AMERICA INC., f/k/a GEMSS USA INC.,

*Appellants,*

v.

## AADCO IMAGING, LLC and AADCO MEDICAL, INC.

*Appellees.*

**On Appeal from Cause No. 14-0486-C26
In the 26th District Court of Williamson County, Texas**

### NOTICE OF APPEARANCE FOR APPELLEES' AADCO IMAGING, LLC AND AADCO MEDICAL, INC.

Kenneth J. Ferguson
Texas Bar No. 6918100
Email: KFerguson@gordonrees.com
Bradley B. Bush
Texas Bar. No. 24057787
Email: bbush@gordonrees.com
Gordon & Rees, LLP
816 Congress Avenue, Suite 1510
Austin, TX 78701
Telephone: 512.391.0197
Facsimile: 512.391.0183

David N. Cole
New Hampshire Bar No. 429
Vermont Bar No. 1986
Email: dcole@colelaw.com
Law Office of David N. Cole
35 South Main Street
Hanover, NH 03755-2047
Telephone: 603.643.4500
Facsimile: 603.643.5297

**ATTORNEYS FOR APPELLEES**

NOW COMES, Appellees AADCO Imaging, LLC and AADCO Medical, Inc., and hereby notifies the Honorable Court and all parties of the following:

Mr. Kenneth J. Ferguson and Mr. Bradley B. Bush of Gordon & Rees, LLP enter their appearance for Appellees AADCO Imaging, LLC and AADCO Medical, Inc. Mr. Ferguson is a member in good standing of the State Bar of Texas. Mr. Bush is a member in good standing of the State Bar of Texas.

Respectfully submitted,

**GORDON & REES, L.L.P.**

By: /s/ *Kenneth J. Ferguson*
  Kenneth J. Ferguson
  State Bar No. 6918100
  Email: KFerguson@gordonrees.com
  Bradley B. Bush
  State Bar. No. 24057787
  Email: bbush@gordonrees.com
  816 Congress Avenue, Suite 1510
  Austin, TX 78701
  Telephone: 512.391.0197
  Facsimile: 512.391.0183

**ATTORNEYS FOR DEFENDANTS**
**AADCO IMAGING, LLC and**
**AADCO MEDICAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2014, a true and correct copy of the foregoing instrument was electronically filed with the Court causing a copy to be served on the following counsel of record listed below. A courtesy copy was also sent via email to the following counsel:

Simon W. Hendershot, III
Christy L. Martin
1800 Bering Drive, Suite 600
Houston, Texas 77057
trey@k-hpc.com
cmartin@k-hpc.com

David N. Cole, Esq.
35 South Main Street
Hanover, New Hampshire 03755-2047
dcole@colelaw.com

/s/ *Kenneth J. Ferguson*
Kenneth J. Ferguson